KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

**FILED**

FEB 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 - 71011 EDL |
|     Plaintiff, | ) | [PROPOSED] **SPEEDY TRIAL ORDER** |
| v. | ) | |
| SALAMEH ISSA DABAI, | ) | |
|     Defendant. | ) | |

    WHEREAS, SALAMEH ISSA DABAI ("Dabai") is charged in a criminal complaint with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

    WHEREAS, Dabai was arrested and made his initial appearance on the aforesaid criminal complaint, before the Honorable James Larson, on January 30, 2006, and was released pursuant to the terms of bail under the direction and supervision of this Court's pretrial services;

    WHEREAS, the last day for the government to arraign Turner on the charge contained in the criminal complaint is Tuesday, February 21, 2006, pursuant to Rule 5.1(c) of the Federal

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1  Rules of Criminal Procedure;

2  WHEREAS, Dabai and his counsel of record are in the process of evaluating the
3  discovery in this action in an effort to explore possibilities for resolving this matter without the
4  need for trial as well as time for the government to receive reports and updates from the drug
5  treatment facility regarding Mr. Dabai in the government's consideration of a disposition of this
6  matter short of indictment;

7  WHEREAS, the government is agreeable to delaying indictment in order to provide
8  Dabai and his attorney the opportunity to review discovery and prepare for discussions regarding
9  resolution of the matter short of indictment and trial, and where, since arrest preceded indictment
10  in this matter, it is unreasonable to expect return and filing of the indictment within the period
11  specified in section 3161(b);

12  THEREFORE, the parties agree and stipulate as follows:

13  1.  Turner hereby waives his right to have a preliminary hearing conducted within 20
14      days of his initial appearance while out of custody, pursuant to Rule 5.1(c)-(d) of
15      the Federal Rules of Criminal Procedure, taking into account the public's interest
16      in the prompt disposition of criminal cases and for good cause shown;

17  2.  Dabai hereby waives his right to have all of the charges contained in the criminal
18      complaint on which he arrested and made his initial appearance on January 30,
19      2006, indicted within thirty days of his arrest, on or before March 1, 2006, as
20      required by 18 U.S.C. § 3161(b);

21  3.  The government and Dabai hereby agree that any indictment by the government,
22      as to charges contained in the criminal complaint, must be filed no later than
23      **March 31, 2006**, pursuant to section 3161(h)(8)(B)(iii);

24  4.  The government and Dabai hereby mutually agree that any preliminary hearing
25      and/or arraignment be held no later than **March 31, 2006**;

26  The undersigned parties, by and through their counsel, hereby agree and stipulate that
27  this waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section
28  3161(b) of the Speedy Trial Act shall remain in place until March 31, 2006, because this is a

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1    case in which arrest preceded indictment, such that delay in the filing of the indictment is caused

2    because the arrest occurred at time that is unreasonable to expect return and filing of the

3    indictment as to all of the charges contained in the criminal complaint, within the period

4    specified in section 3161(b), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).

5         Moreover, in light of defense counsel's ongoing efforts to review discovery provided by

6    the government and the parties' mutual efforts to resolve this matter short of the necessity for

7    indictment, such that good cause has been shown to continue the date for defendant's

8    preliminary hearing taking into account the public's interest in the prompt disposition of criminal

9    cases, pursuant to F. R. Cr. P. Rule 5.1(d), and further, because this waiver of time will ensure

10   effective preparation of counsel taking into account the exercise of due diligence, such that the

11   ends of justice are served by granting this continuance outweighs the best interest of the public

12   and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

13

14   **IT IS SO STIPULATED.**

15

16                                         KEVIN V. RYAN
                                           United States Attorney
17

18   _____           _____

19   BRIAN H. GETZ, ESQ.                    TIMOTHY LUCEY
     for Defendant Salameh Issa Dabai      Assistant United States Attorney
20

21

22   **IT IS SO ORDERED.**

23

24   Dated: _2-17-06_____                 _____

25                                         **HONORABLE MARIA-ELENA JAMES**
                                           **United States Magistrate**
26

27

28

     SPEEDY TRIAL ORDER
     [CR 3 05 71011 EDL]