| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | TIMOTHY J. LUCEY (CSBN 172332)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | Facsimile: (415) 436-7234<br>E-mail: Timothy.Lucey@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3 - 05 - 71011 EDL |
| Plaintiff, | ) ) | [PROPOSED] SPEEDY TRIAL ORDER |
| v. | ) ) | |
| SALAMEH ISSA DABAI, | ) ) | |
| Defendant. | ) ) | |

WHEREAS, SALAMEH ISSA DABAI ("Dabai") is charged in a criminal complaint with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

WHEREAS, Dabai made his initial appearance on the aforesaid criminal complaint, before the Honorable Joseph Spero, on January 30, 2006, and was released on a bond;

WHEREAS, the parties previously entered into a stipulation and order waiving time under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through March 31, 2006, in order to provide for effective preparation of counsel and determine the availability of a

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

| | |
|---|---|
| 1 | disposition of the matter short of indictment and trial; |
| 2 | WHEREAS, the parties have discussed a resolution of the matter that would involve a |
| 3 | resolution short of indictment and trial; |
| 4 | WHEREAS, Dabai and his counsel of record along with counsel for the government are |
| 5 | continuing to work out such a disposition; |
| 6 | WHEREAS, the government is agreeable to delaying indictment in order to provide |
| 7 | Dabai and his attorney the opportunity to review discovery and prepare for discussions regarding |
| 8 | a resolution of the matter short of indictment and trial, and where, since arrest preceded |
| 9 | indictment in this matter, it is unreasonable to expect return and filing of the indictment within |
| 10 | the period specified in section 3161(b), and further where it is in the defendant's best interest to |
| 11 | waive time under both Rule 5.1 as well as section 3161 to allow time for a resolution and |
| 12 | disposition short of indictment for a further four (4) weeks, through Friday, April 28, 2006; |
| 13 | THEREFORE, the parties agree and stipulate as follows: |
| 14 | 1. Dabai hereby again waives his right to have a preliminary hearing conducted |
| 15 | within 20 days of his initial appearance while out of custody, pursuant to Rule |
| 16 | 5.1(c)-(d) of the Federal Rules of Criminal Procedure, taking into account the |
| 17 | public's interest in the prompt disposition of criminal cases and for good cause |
| 18 | shown; |
| 19 | 2. Dabai hereby again waives his right to have all of the charges contained in the |
| 20 | criminal complaint on which he made his initial appearance on January 30, 2006, |
| 21 | indicted within thirty days of his initial appearance, which including prior |
| 22 | exclusions of time, would be March 31, 2006, as required by 18 U.S.C. § 3161(b); |
| 23 | 3. The government and Dabai hereby agree that any indictment by the government, |
| 24 | as to charges contained in the criminal complaint, must be filed no later than |
| 25 | **April 28, 2006**, pursuant to section 3161(h)(8)(B)(iii); |
| 26 | 4. The government and Dabai hereby mutually agree that any preliminary hearing |
| 27 | and/or arraignment be held no later than **April 28, 2006**; |
| 28 | The undersigned parties, by and through their counsel, hereby agree and stipulate that |

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

this waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section 3161(b) of the Speedy Trial Act shall remain in place until April 28, 2006, because this is a case in which arrest preceded indictment, such that delay in the filing of the indictment is caused because the arrest occurred at time that is unreasonable to expect return and filing of the indictment as to all of the charges contained in the criminal complaint, within the period specified in section 3161(b), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).

Moreover, in light of defense counsel's ongoing efforts to review discovery provided by the government and the parties' mutual efforts to resolve this matter short of the necessity for indictment and trial, such that good cause has been shown to continue the date for defendant's preliminary hearing taking into account the public's interest in the prompt disposition of criminal cases, pursuant to F. R. Cr. P. Rule 5.1(d), and further, because this waiver of time will ensure effective preparation of counsel taking into account the exercise of due diligence, such that the ends of justice are served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

**IT IS SO STIPULATED.**

_____
BRIAN GETZ
for Defendant Salameh Issa Dabai

KEVIN V. RYAN
United States Attorney

_____
TIMOTHY LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 3/March 06

_____
HONORABLE BERNARD ZIMMERMAN
United States Magistrate

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]